UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | 1:18-cv-01259-JDP |
| Petitioner, | ORDER TRANSFERRING CASE |
| v. | |
| DANA WALTON, *et al.*, | |
| Respondents. | |

Petitioner Steven Wayne Bonilla, a state prisoner, has been convicted of murder, and the jury in his criminal proceeding has returned a death verdict. *See generally People v. Bonilla*, 41 Cal. 4th 313 (2007). Petitioner, without counsel, has filed multiple documents in which he challenges the judgment from his criminal proceeding and asks for his release from custody (*see* Doc. No. 1, at 11-12, 21-22, 33-34); the court construes petitioner's filings as a request for a writ of habeas corpus. *See Rishor v. Ferguson*, 822 F.3d 482, 493 (9th Cir. 2016) (reasoning that the substance, not the label, determines the nature of post-judgment motions).[1]

---

[1] Petitioner has filed similar petitions in other cases, and several magistrate judges in the Eastern District have transferred those cases to the Northern District. *See*, *e.g.*, Case Nos. 1:18-cv-00427 (transferred to Northern District), 1:18-cv-01250 (same), 1:18-cv-01251 (same), 1:18-cv-01253 (same), 1:18-cv-01256 (same); 1:18-cv-01252 (preliminary review pending), 1:18-cv-01254 (same), 1:18-cv-01255 (same), 1:18-cv-01257 (same), 1:18-cv-01258 (same), 1:18-cv-01260 (same).

1    A state prisoner may file a petition for a writ of habeas corpus in one of two districts: "the

2    district court for the district wherein such person is in custody or in the district court for the

3    district within which the State court was held which convicted and sentenced him."  28 U.S.C.

4    § 2241(d).  Petitioner is in custody in Marin County and challenges his conviction from Alameda

5    County, both of which are in the Northern District of California, so the court will transfer this

6    case to that district.

7            **Order**

8       1.  This matter is transferred to the United States District Court for the Northern District

9           of California.

10      2.  The clerk of court is directed to close the case.

11

     IT IS SO ORDERED.
12

13

     Dated:    September 19, 2018        _____
14                                       UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28